IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROBERT CALVIN ABNEY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v.  ) | CASE NO. 3:15-CV-444-WKW |
| ) | |
| MAJOR CLAY STEWART, ) | |
| ) | |
| Respondent. ) | |

## **ORDER**

On February 12, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 18.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED and that this action is DISMISSED without prejudice to afford Petitioner an opportunity to exhaust all available state court remedies.

A final judgment will be entered separately.

DONE this 16th day of March, 2016.

                                                  /s/ W. Keith Watkins
                                    CHIEF UNITED STATES DISTRICT JUDGE